AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>Data extracted from a Samsung Galaxy Note II, currently )<br>located on an external drive stored in a storage locker )<br>located at 2100 Jamieson Ave. Alexandria, VA 22314 ) | Case No. 1:19-sw-1134 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Virginia__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __September 5, 2019__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __The Honorable John F. Anderson__
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: August 22, 2019 4:10 pm    /s/ JFA
                                                  John F. Anderson
                                                  United States Magistrate Judge
                                                    *Judge's signature*

City and state: __Alexandria, Virginia__    Hon. John F. Anderson, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:19-sw-1134 | Date and time warrant executed: 8/22/2019 at 4:40 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

A cellphone was seized pursuant to a search warrant on August 8, 2014. From this cellphone, a data extraction was completed in August 2014. Based upon the search warrant (1:19-sw-1134) obtained on August 22, 2019, the cell-phone extraction was re-processed using a newer (July 2019) version of the cellphone analysis tool. The re-processed data provided access to more data than with the version used in 2014. New re-processed data included information such as contacts, emails, text messages, web-history as well as other types of information to include metadata and logs.

Nothing follows UP 10/22/2019

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/22/2019

_Laura Pino_
Executing officer's signature

Laura J. Pino, Special Agent, FBI
Printed name and title